Commonwealth *v.* Nesbitt, Appellant.

Submitted September 11, 1972. *David Zwanetz,* for appellant; *Milton*

*M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.